IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAN LEPORE & SONS COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | No. 20-06230 |
| v. | : | |
| | : | |
| **TORCON, INC.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This 24th day of March, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss for *forum non conveniens*, ECF 4, is **GRANTED**. The Clerk is further **ORDERED** to close this case for statistical purposes.

                                                    /s/ Gerald Austin McHugh
                                              United States District Judge